# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2235

_____

United States of America,      *
    *
         Appellee,      *
    *    Appeal from the United States
     v.      *    District Court for the
    *    District of Nebraska.
Fernando Rios-Serna,      *
    *    [UNPUBLISHED]
         Appellant.      *

_____

Submitted: January 5, 2006
Filed: January 11, 2006

_____

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

      Fernando Rios-Serna pleaded guilty to conspiring to distribute and possess with intent to distribute at least 500 grams of methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] sentenced him at the bottom of the advisory Guidelines range to 108 months in prison and 5 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). For the reasons discussed below, we grant counsel's motion and affirm.

_____

      [1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Counsel argues that the sentence imposed is unreasonable under the standard of review announced in <u>United States v. Booker</u>, 543 U.S. 220 (2005). However, a sentence within the advisory Guidelines range is presumptively reasonable, and we conclude that Rios-Serna has not satisfied his burden to rebut that presumption of reasonableness. <u>See</u> <u>United States v. Lincoln</u>, 413 F.3d 716, 717-18 (8th Cir. 2005), <u>cert. denied</u>, 2005 WL 3067440 (U.S. Dec. 12, 2005) (No. 05-7506).

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

_____